KENOSHA HOSPITAL & MEDICAL CENTER, Plaintiff-Respondent,

v.

Jesus E. GARCIA, Defendant,

RICHTER INDUSTRIES, INC., Garnishee-Defendant-Appellant-Petitioner.

Supreme Court

*No. 02–1727. Decided November 4, 2004.*

2004 WI 137

(Also reported in 688 N.W.2d 462.)

¶ 1. PER CURIAM (*on motion for clarification*). Richter Industries, Inc. petitions this court for clarification of our decision in *Kenosha Hospital & Medical*

*Center v. Garcia,* 2004 WI 105, 274 Wis. 2d 338, 683 N.W.2d 425, regarding directions upon remand. Specifically, Richter asks this court to clarify the directions upon remand as to whether Kenosha Hospital should be allowed to conduct further discovery to support its claim that the notice of motion for judgment against Richter was properly served. The court answers the question in the affirmative.

¶ 2. The motion for clarification is granted, without costs.

¶ 3. LOUIS B. BUTLER, JR., J., did not participate.